(98 South. 215)

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**BAKER v. STATE.**

**(4 Div. 103.)**

(Supreme Court of Alabama. Nov. 29, 1923.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., for petitioner. Sollie & Sollie, of Ozark, opposed,

THOMAS, J. Petition of Commodore Baker for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Baker v. State, 98 South. 213. Writ denied.

---

(98 South. 211)

**Ex parte Olin A. FULLER. (5 Div. 871.)**

(Supreme Court of Alabama. Nov. 29, 1923.)

Certiorari to Court of Appeals.

Frank M. de Graffenried, of Seale, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Olin A. Fuller for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Fuller v. State, 98 South. 210. Writ denied.